UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>            Plaintiff,              )<br>                                   )<br>     v.                            )<br>                                   )<br>$110,876.33 IN UNITED STATES      )<br>CURRENCY SEIZED FROM HAMPDEN      )<br>BANK ACCOUNT NUMBER 9000247297;   )<br>$5,339.53 IN UNITED STATES        )<br>CURRENCY SEIZED FROM HAMPDEN      )<br>BANK ACCOUNT NUMBER 4500402641;   )<br>HAMPDEN BANKCORP, INC.,            )<br>COMMON STOCK CERTIFICATE HB 1035)<br>IN THE AMOUNT OF $20,000;         )<br>108 BEEKMAN DRIVE,                )<br>AGAWAM, MASSACHUSETTS;            )<br>24 WILLIAMSBURG DRIVE,            )<br>SPRINGFIELD, MASSACHUSETTS; AND   )<br>181 PINE GROVE DRIVE,             )<br>SOUTH HADLEY, MASSACHUSETTS,      )<br>            Defendants            )<br>_____)<br>ARTHUR ABRAMS                     )<br>KARLA-JO MEZZETTI                 )<br>RICHARD MEZZETTI                  )<br>            Claimants.             ) | Civil Action No. 07-30132-MAP |

**AMENDED FINAL JUDGMENT AND ORDER OF FORFEITURE**
**(24 Williamsburg Drive, Springfield, Massachusetts)**

**PONSOR, D.J.**

This Court having allowed the United States' Motion for Amended Final Judgment and Order of Forfeiture, it is hereby ORDERED, ADJUDGED and DECREED that:

1. Judgment by agreement of the United States and Claimants Richard Mezzetti, Karla-Jo Mezzetti and Arthur Abrams is hereby entered for the forfeiture to the United States, pursuant to Title 18, United States Code, Sections 981(a)(1)(A),

981(a)(1)(C), and/or 1955(d), of the real property located at 24 Williamsburg Drive, Springfield, Massachusetts, including all buildings, appurtenances, and improvements thereon, as described in more detail in a deed recorded at Book 6214, Page 140 at the Hampden County Registry of Deeds (the "Springfield Property").

2.   The Springfield Property shall be disposed of by the United States Internal Revenue Service pursuant to the Settlement Agreement entered into between the United States and Claimants Richard Mezzetti and Karla-Jo Mezzetti, the Settlement Agreement entered into between the United States and Claimant Arthur Abrams, and applicable law.

3.   Any claim of interest of any other parties claiming any right, title, or interest in or to the Springfield Property is hereby held in default and dismissed.  Specifically, any right, title, or interest in or to the Springfield Property by Indymac Bank F.S.B. pursuant to a mortgage recorded at the Hampden County Registry of Deeds, Book 17114, Page 500 is hereby held in default and dismissed.

4. This Court shall retain jurisdiction in this case solely for the purpose of enforcing the terms of this Judgment; otherwise, this Order shall be, and hereby is, the full and final disposition of this civil forfeiture action.

DONE and ORDERED in Springfield, Massachusetts, this 25th day of July, 2011.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
United States District Judge